United States Bankruptcy Court
Northern District of California

**FILED**
MAR 13 2020
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: ~~Pierce Contractors, Inc.~~ *RP*
Richard Pierce

Debtor(s)

Case No. 20-50499

Chapter ~~MB~~ 13

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/28/2020

/s/ Richard Pierce
Signature of Individual signing on behalf of debtor

~~President~~
Position or relationship to debtor

Joel Gamburg Revocable Trust
333 West Santa Clara Street #610
San Jose, CA. 95113

Santandar Consumar USA
1550 W. Southern Ave
Mesa, AZ. 85202

Pace Plumbing Supply
630 Quinn Ave
San Jose, CA. 95112